UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER WAYNE WATERS,<br><br>　　　　Defendant. | CASE NO. MJ 13-384<br><br>DETENTION ORDER |

<u>Offense charged</u>:　　Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>:　　August 23, 2013.

　　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　　1.　　Defendant is charged by Complaint with possessing six firearms and over 1000

DETENTION ORDER
PAGE -1

rounds of ammunition, having previous been convicted of three crimes punishable by imprisonment for a term exceeding one year. At the time of arrest, other items were found in the vehicle including zip ties, a wig, black gloves, digital scales, a glass pipe and three cell phone, plus handwritten notes with instructions what to do with his belonging and remains if he were to die.  Defendant's past criminal history includes numerous failures to appear, including failures to report to serve an order of commitment and violations or supervision.

2. Defendant poses a risk of nonappearance based on a lengthy history of failures to appear, warrant history, failing to report for commitment, prior probation violations and substance abuse.  He poses a risk of danger due to the nature and circumstances of the instant charge, and criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

DETENTION ORDER
PAGE -2

01          with a court proceeding; and

02     4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03          for the defendant, to the United States Marshal, and to the United State Pretrial Services

04          Officer.

05          DATED this 23rd day of August, 2013.

06

07          _____
            Mary Alice Theiler
08          Chief United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3